UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

GLADIS CHAVEZ-PINEDA                                              PETITIONER

v.                                                      NO. 4:25-CV-49-RGJ

KRISTI NOEM, in her Official Capacity as
Secretary, Department of Homeland Security;
SAMUEL OLSON, in his Official Capacity as
Field Office Director for U.S. Immigration and
Customs Enforcement;
JASON WOOSELY, in his Official Capacity as
Grayson County Jailer                                           RESPONDENTS

## ORDER

Upon the Parties' Joint Motion, and the Court being sufficiently advised, **IT IS**

**HEREBY ORDERED**:

(1) The hearing in this matter scheduled for June 26, 2025, is **CANCELED**;

(2) Petitioner is **ORDERED** to file any amended petition for habeas corpus by or

on July 9, 2025;

(3) Respondents are **ORDERED** to respond to any amended petition for habeas

corpus within seven (7) days of the filing of any amended petition;

(4) Petitioner is **ORDERED** to file any reply in support of the amended petition

within seven (7) days of Respondents filing their response;

(5) The Parties are **ORDERED** to file a joint status report on the same date that

Petitioner files her reply, informing the Court about their positions regarding

whether a hearing on any amended petition for habeas corpus would be

beneficial;

(6) Respondents' response to show cause/motion to dismiss [Doc. No. 6; Doc.

No. 7] are **ORDERED** to be withdrawn.

Rebecca Grady Jennings, District Judge

United States District Court

June 25, 2025